**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Glass, | No. CIV 06-671-PHX-MHM |
| Plaintiff, | **ORDER** |
| vs. | |
| Intel Corporation, Et. Al., | |
| Defendant. | |

At a status hearing on July 6, 2006, this Court set this case for jury trial to commence on November 14, 2006 (Doc. 69). On October 12, 2006, the parties filed a joint motion to continue the trial and request for status hearing (Doc. 77). The parties state in their joint motion for continuance that they had a settlement conference before Magistrate Judge Virginia A. Mathis on August 24, 2006. Though they were unable to achieve a settlement, they state that progress was made in narrowing the "gap" between their respective settlement positions. The parties further state that since that time, the attorneys have continued to discuss settlement and that additional settlement negotiations, perhaps through a private mediator, may result in settlement.

The parties' joint motion to continue trial and request for status conference is denied. This case was transferred to this Court from the Central District of California on March 7, 2006. At the status hearing on July 6, 2006, counsel indicated to the Court that Plaintiff's claim for retaliation is the only remaining claim in this lawsuit. Counsel also indicated to the

1  Court that this case was ready for trial. Because of the parties' attorneys' assurances that they
2  were ready to go to trial, the Court set the present trial date of November 14, 2006.

3        The docket sheet shows that on September 19, 2006, Defendant filed a renewed
4  motion for summary judgement. Defendant's states the basis for its renewed motion for
5  summary judgment is based on the newly decided Supreme Court case, <u>Burlington Northern
6  & Santa Fe Railway Co. v. White</u>, 126 S.Ct. 2405 (2006). The Supreme Court decided
7  <u>Burlington Northern</u> on June 22, 2006 – a date that preceded the July 6, 2006 status hearing
8  at which the trial date was set and more than two months before the date on which Defendant
9  filed its renewed motion for summary judgment. Nonetheless, it appears that the parties can
10 fully brief Defendant's motion for summary judgment before trial commences.

11       The Court will grant a brief extension for filing the Proposed Pretrial Order from
12 October 20, 2006, to October 25, 2006. The final pretrial conference will remain as
13 scheduled on October 30, 2006 at 4:00 pm.

14       **Accordingly,**

15       **IT IS ORDERED** that the parties' joint motion to continue trial and request for status
16 conference (Doc. 77) is denied.

17       **IT IS FURTHER ORDERED** granting the parties an extension of time to file
18 Proposed Pretrial Order from October 20, 2006, to October 25, 2006.

19       DATED this 19th day of October, 2006.

_____
Mary H. Murgula
United States District Judge